**TIFFANY & BOSCO**
P.A.
**2525 EAST CAMELBACK ROAD**
**SUITE 300**
**PHOENIX, ARIZONA 85016**
**TELEPHONE: (602) 255-6000**
**FACSIMILE: (602) 255-0192**

Mark S. Bosco
State Bar No. 010167
Leonard J. McDonald
State Bar No. 014228
Attorneys for Movant

10-28221

IT IS HEREBY ADJUDGED and DECREED this is SO ORDERED.

Dated: November 03, 2010



_____
**SARAH S. CURLEY**
U.S. Bankruptcy Judge
_____

# IN THE UNITED STATES BANKRUPTCY COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| IN RE:<br><br>Charlotte Louise Bonderud<br>       Debtor.<br>_____<br>JPMorgan Chase Bank, N.A., successor by merger to Washington Mutual, N.A.<br><br>       Movant,<br>   vs.<br><br>Charlotte Louise Bonderud, Debtor, David M. Reaves, Trustee.<br><br>       Respondents. | No. 2:10-BK-31722-SSC<br><br>Chapter 7<br><br>ORDER<br><br>(Related to Docket #11) |

    Movant's Motion for Relief from the Automatic Stay and Notice along with the form of proposed Order Lifting Stay, having been duly served upon Respondents, Respondents' counsel and Trustee, if any, and no objection having been received, and good cause appearing therefore,

    IT IS HEREBY ORDERED that all stays and injunctions, including the automatic stays imposed

by U.S. Bankruptcy Code 362(a) are hereby vacated as to Movant with respect to that certain real property which is the subject of a Deed of Trust dated January 1, 2050 and recorded in the office of the Maricopa County Recorder wherein JPMorgan Chase Bank, N.A., successor by merger to Washington Mutual, N.A.

is the current beneficiary and Charlotte Louise Bonderud has an interest in, further described as:

>  Lot 26, DESERT FOREST SOUTH, according to the Plat of Record in the Office of the County Recorder of Maricopa County, Arizona, In Book 157 of Maps, Page 26.

IT IS FURTHER ORDERED that Movant may contact the Debtor by telephone or written correspondence regarding a potential Forbearance Agreement, Loan Modification, Refinance Agreement, or other Loan Workout/Loss Mitigation Agreement, and may enter into such agreement with Debtor. However, Movant may not enforce, or threaten to enforce, any personal liability against Debtor if Debtors personal liability is discharged in this bankruptcy case.

IT IS FURTHER ORDERED that this Order shall remain in effect in any bankruptcy chapter to which the Debtor may convert.